**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7025

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MARK ANTHONY JAMES, a/k/a Shoffer, a/k/a Shoff Dog,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:14-cr-00604-JFA-9)

Submitted:  December 20, 2022               Decided:  December 27, 2022

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark Anthony James, Appellant Pro Se.  Elliott Bishop Daniels, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Anthony James appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. After reviewing the record, we conclude that the district court did not abuse its discretion in denying James' motion. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. James*, No. 3:14-cr-00604-JFA-9 (D.S.C. Aug. 17, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*